IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Alan B. Fabian | * | |
| Plaintiff, | * | Civil Action No. AMD 05-674 |
| v. | * | |
| Palisades Collections OSI, et al.. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
ALL DEFENDANTS EXCEPT TRANS UNION, LLC**

Please take notice pursuant to Fed. R. Civ. P. 41 that plaintiff dismisses, without prejudice, all defendant parties to this suit, except Trans Union, LLC. Defendants and plaintiff each shall bear their own costs and attorneys fees.

No answer or motion for summary judgment has been filed by any adverse party, except Trans Union, LLC.

Trans Union, LLC remains a defendant to this action.

Dated: August 8, 2005

/s/   J. Stephen Simms
J. Stephen Simms (#4269)
W. Charles Bailey, Jr. (#23580)
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
410-783-5795

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 8, 2005, I caused the foregoing to be filed on the Court's CM/ECF system for service on counsel of record for all parties.

/s/   J. Stephen Simms