IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Alan B. Fabian | * | |
| Plaintiff, | * | Civil Action No. AMD 05-674 |
| v. | * | |
| Palisades Collections OSI, <u>et al</u>.. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF DISMISSAL OF
TRANS UNION, LLC
<u>(Last Remaining Claims in the Case)</u>**

Please take notice pursuant to Fed. R. Civ. P. 41 that plaintiff and defendant Trans-Union LLC hereby stipulate to the dismissal of Trans Union, LLC, the only remaining party to this case, and thereby the dismissal of this case. The parties each shall bear their own costs and attorneys fees.

Dated: October 9, 2006.

/s/   J. Stephen Simms
J. Stephen Simms (#4269)
W. Charles Bailey, Jr. (#23580)
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
410-783-5795

Mr. Fabian's Counsel

/s/ H. Mark Stichel
H. Mark Stichel (#2939)
Gohn Hankey and Stichel LLP
201 N Charles St Ste 2101
Baltimore, MD 21201
410-752-9300

Trans-Union Counsel